## UNITED STATES *versus* THREE SHEEP. 

JOURNAL ENTRIES: (1) Dec. 8, 1827: libel filed, time fixed for trial, notice ordered published; (2) Dec. 27, 1827: time for hearing extended, notice ordered published; (3) Jan. 19, 1828: proclamation made, evidence heard, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1827-28): (1) Libel; (2-3) subpoenas; (4-5) published notices and proofs of publication; (6-7) printer's bills; (8) copy of order of sale.
*File No.* 17 of 1827.

## UNITED STATES *versus* JOHN S. LANGHAM, CONRAD TEN EYCK, RICHARD SMYTH, AND JOHN McDONELL. 

JOURNAL ENTRIES: (1) Dec. 26, 1827: fact that Judge Sibley as United States attorney commenced action recorded; Judge Chipman declined sitting, having been of counsel in connected case; continued; (2) Dec. 6, 1828: proceedings ordered certified to Circuit Court of Ohio district.
PAPERS IN FILE (1823-24): (1) Precipe for capias; (2) capias and return; (3) declaration, craver of oyer, plea of performance; (4) replication; (5) rejoinder.
*File No.* . . . . .

## UNITED STATES *versus* JOSEPH SPENCER, IMPLEADED WITH EPAPHRAS MATTESON. 

JOURNAL ENTRIES: (1) Dec. 29, 1827: judgment by default against Spencer.

PAPERS IN FILE (1827): (1) Precipe for capias; (2) capias and return; (3) declaration and oyer; (4) motion for judgment against Joseph Spencer; (5) draft of receipt; (6) receipt— collector to clerk; (7) revenue bond.
*File No.* 14 of 1827.

## UNITED STATES *versus* AUSTIN E. WING, JOHN L. LEIB, JOHN J. DEMING, AND JONATHAN KEARSLEY, FORMER CLERKS. 

JOURNAL ENTRIES: (1) Dec. 31, 1827: motion for rule granted, copies of rule ordered served.
PAPERS IN FILE: (1) Copy of rule, answers of Jonathan Kearsley and John L. Leib.

## UNITED STATES *versus* BENJAMIN WOODWORTH, SURVIVOR OF HENRY J. HUNT, DECEASED, AND BENJAMIN WOODWORTH. 

JOURNAL ENTRIES: (1) Jan. 2, 1828: discontinued.
PAPERS IN FILE (1827): (1) Agreement for entry of amicable suit; (2) declaration and oyer; (3) subpoena.
*File No.* 11 of 1827.

## UNITED STATES *versus* ELEVEN BARRELS CIDER. 

JOURNAL ENTRIES: (1) July 8, 1828: time for trial extended, notice ordered published; (2) Dec. 2, 1828: publication proved, proclamation made; (3) Dec. 3, 1828: evidence heard; (4) Dec. 6, 1828: proclamation made, property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1828-29): (1) Libel; (2) subpoena; (3) proof of posting notice; (4) published notice and proof of publication; (5) printer's bill; (6) receipt—printer to marshal; (7-8) subpoenas; (9) copy of order of sale, report of sale, receipt—clerk to marshal.
*File No.* 20 of 1828.